**No. 10-8058. Norman Starnes, Petitioner v. South Carolina.**

562 U.S. 1233, 131 S. Ct. 1504, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1704.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 388 S.C. 590, 698 S.E.2d 604.

**No. 10-8064. K. Jamel Walker, Petitioner v. Jeanne Woodford, et al.**

562 U.S. 1233, 131 S. Ct. 1504, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1509.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 513.

**No. 10-8065. Farin A. Wells, Petitioner v. Illinois.**

562 U.S. 1233, 131 S. Ct. 1505, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1532.

February 22, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 396 Ill. App. 3d 1142, 379 Ill. Dec. 378, 6 N.E.3d 455.

**No. 10-8066. Alejandro Castro, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1233, 131 S. Ct. 1505, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1669,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8067. Doy Bowie, Petitioner v. California.**

562 U.S. 1233, 131 S. Ct. 1505, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1604.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-8068. Sara Rodrigues, Petitioner v. New York.**

562 U.S. 1234, 131 S. Ct. 1505, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1671.

February 22, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 74 App. Div. 3d 1818, 902 N.Y.S.2d 750.

**No. 10-8076. Patrick S. McPherron, Petitioner v. Phil Ulmer, Director, Court and Probation Services, 22nd Circuit Court, Illinois.**

562 U.S. 1234, 131 S. Ct. 1506, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1574.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.